IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER COKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-24-CV-00959-FB |
| | § | |
| CITY OF SAN ANTONIO and CITY OF | § | |
| SAN ANTONIO BOARD OF ADJUSTMENTS, | § | |
| | § | |
| Defendants. | § | |

## *ORDER AND ADVISORY*

The Court has reviewed the file in the above styled and numbered cause and finds that all of the Scheduling Order deadlines expired as of May 5, 2025, no motions are pending, and the last activity by the parties in the case was the filing of Defendants' Designation of Experts on February 5, 2025 (docket #14). Therefore, at this juncture, the Court is inquiring as to the status of the case.

Accordingly, IT IS HEREBY ORDERED that the parties file a joint advisory with the Court on or before **Tuesday, June 3, 2025**, advising whether the case has settled,[1] whether resolution of differences short of trial by any other ADR method is possible, or if the parties are ready for trial. If the matter is ready for trial, the parties shall include in their advisory the estimated length of time required for trial and available trial dates. If no advisory is filed by June 3, 2025, the Court will impose sanctions upon the non-complying party or parties including dismissal of the case for failure to prosecute and/or failure to comply with a court order if warranted.

It is so ORDERED.

SIGNED this 20th day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] If the case has settled, the parties shall file their stipulation of dismissal or other settlement papers on or before June 3, 2025, or the parties **must advise in response to this order** when a stipulation of dismissal or other settlement papers will be filed with the Court.